IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 14-652-6 |
| ALEJANDRO SOTELO | : | |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 22nd day of April 2016, came the attorney for the government and the defendant being present with counsel, and

☐     The Court having granted the defendant's motion for judgment of acquittal as to: _____

☐     A jury has been waived, and the Court has found the defendant not guilty as to: _____

X     The jury has returned its verdict, finding the defendant not guilty as to: count twenty (20) only.

**AND IT IS THEREFORE ORDERED** Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

_____
KEARNEY, J.

cc:   U.S. Marshal
       Probation Office
       Counsel

4/25/2016
Date
By Whom __UH__

Cr 1 (8/80)