IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 14-652-6 |
| | : | |
| ALEJANDRO SOTELO | : | |

## ORDER

**AND NOW**, this 9th day of May 2016, upon consideration of Defendant's Motion to Join (ECF Doc. No. 623) co-defendant Francisco Jose's Motions for new trial and acquittal (ECF Doc. No. 619, 620), it is **ORDERED** Defendant's Motion to Join (ECF Doc. No. 623) is **DENIED without prejudice** and with leave to file a separate post-trial motion individually stating his grounds **on or before May 13, 2016** and, if so, order the transcript and brief the issues in accord with our post-trial scheduling Order entered today as to Francisco Jose.

_____
KEARNEY, J.