# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO.  14-652-6 |
| | : | |
| ALEJANDRO SOTELO | : | |

## ORDER

**AND NOW**, this 4th day of August 2016, upon consideration of Defendant's Motion for Release (ECF Doc. No. 832), following our evaluation of the credibility of witnesses and admitted exhibits adduced at our August 1, 2016 Hearing, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion (ECF Doc. No. 832) is **DENIED**; and,

2. On or before September 2, 2016, the United States, along with counsel for the Bureau of Prisons, shall file a status memorandum as to the ongoing medical care provided to Mr. Sotelo at the Federal Detention Center and provide Chambers and Mr. Sotelo's counsel with *in camera* copies of the August 2016 notes from the prison medical staff and treating oncologist Dr. Jascha Rubin.

_____
KEARNEY, J.