# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 14-652-6 |
| | : | |
| ALEJANDRO SOTELO | : | |
| | : | |

## ORDER

**AND NOW**, this 6th day of September 2016, upon consideration of the Defendant Alejandro Sotelo's Motion for acquittal or for a new trial (ECF Doc. No. 628), the United States' Opposition (ECF Doc. No. 907), substantial Memoranda and for reasons in the accompanying Memorandum Opinion, it is **ORDERED** Mr. Sotelo's Motion (ECF Doc. No. 628) is **DENIED**.

_____
KEARNEY, J.