# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 14-652-6 |
| ALEJANDRO SOTELO | : |

## ORDER

**AND NOW**, this 14th day of June 2018, upon considering Alejandro Sotelo's Petition for relief under 28 U.S.C. § 2255 (ECF Doc. No. 1078), the United States' Response (ECF Doc. No. 1108), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Mr. Sotelo's Petition for relief (ECF Doc. No. 1078) is **DENIED**;

2. We decline to issue a certificate of appealability as Mr. Sotelo has neither shown denial of a federal constitutional right nor has he established reasonable jurists would debate the correctness of this Court's ruling[1]; and,

3. The Clerk of Court shall **close** this case.

KEARNEY, J.

---

[1] *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).