**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL ACTION** |
| | : |
| v. | : **NO. 14-652-6** |
| | : |
| **ALEJANDRO SOTELO** | : |

## ORDER

**AND NOW**, this 30th day of April 2019, upon considering the Motion to appoint the Federal Defender Office (ECF Doc. No. 1196), it is **ORDERED** the Federal Community Defender Office for the Eastern District of Pennsylvania is **APPOINTED** to represent Alejandro Sotelo for the purposes of litigating a Motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).

_____
KEARNEY, J.