## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
     :
     :
         v.      :      **CRIMINAL NUMBER 14-652-6**
     :
     :
ALEJANDRO SOTELO      :      **FILED UNDER SEAL**

## O R D E R

**AND NOW**, this      day of      , 2019, upon consideration of the Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i); it is hereby **ORDERED** that said Motion and this Order are **FILED UNDER SEAL**.


**BY THE COURT:**


_____
**HONORABLE MARK A. KEARNEY**
**United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 14-652-6** |
| | : | |
| | : | |
| **ALEJANDRO SOTELO** | : | **FILED UNDER SEAL** |

<u>**O R D E R**</u>

**AND NOW**, this ___ of ___ 2019, upon consideration of defendant Alejandro

Sotelo's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), and the

government's response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

The Court has considered the factors listed in 18 U.S.C. § 3553(a), to the extent they are

applicable, and finds that Mr. Sotelo has presented "extraordinary and compelling reasons"

justifying a reduction of his sentence.

Thus, Mr. Sotelo's term of imprisonment is hereby reduced to the time he has already

served.  He shall be released from the custody of the Bureau of Prisons (FMC Butner) as soon as

possible. Upon his release from custody, Mr. Sotelo shall begin serving a five-year term of

supervised release previously imposed by the Court and shall contact the United States Probation

Office within 24 hours of his release and follow its instructions.

**IT IS SO ORDERED.**

**BY THE COURT:**

_____
**HONORABLE MARK A. KEARNEY**
**United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 14-652-6** |
| | : | |
| | : | |
| **ALEJANDRO SOTELO** | : | **FILED UNDER SEAL** |

**DEFENDANT'S MOTION TO REDUCE SENTENCE
PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)(i)**

Defendant Alejandro Sotelo, by and through his attorney Elizabeth L. Toplin, Assistant

Chief, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania,

respectfully moves this Court, pursuant to the newly-amended 18 U.S.C. § 3582(c)(1)(A)(i), to

reduce his sentence to time-served.  For the reasons set forth in the accompanying Memorandum

of Law, incorporated herein by reference, a reduction in sentence is warranted because of the

"extraordinary and compelling" reason that he has terminal stage IV gastrointestinal stomal

tumor with metastasis to the abdomen and liver and desires to be released from the Federal

Medical Center Butner so that he may die surrounded by his loving family.

**WHEREFORE**, for all of the reasons set forth in the accompanying Memorandum of

Law, the defense respectfully requests that the Court grant him compassionate release.

Respectfully submitted,

ELIZABETH L. TOPLIN
Assistant Chief, Trial Unit

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 14-652-6** |
| | : | |
| | : | |
| ALEJANDRO SOTELO | : | **FILED UNDER SEAL** |

**MEMORANDUM OF LAW IN SUPPORT OF**
**DEFENDANT'S MOTION TO REDUCE SENTENCE**
**PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)(i)**

## I.   INTRODUCTION

Defendant Alejandro Sotelo, by and through his attorney Elizabeth L. Toplin, Assistant

Chief, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania,

respectfully moves this Court to reduce his sentence to time served pursuant to the newly-

amended 18 U.S.C. § 3582(c)(1)(A)(i).  Mr. Sotelo has terminal stage IV gastrointestinal stomal

tumor with metastasis to the abdomen and liver, and on February 26, 2019, the Federal Bureau of

Prisons ("BOP") confirmed that he has a life expectancy of approximately 12 months.  The BOP

Tumor Board has estimated Mr. Sotelo's life expectancy as less than 6 months. Mr. Sotelo's

terminal gastrointestinal stomal tumor satisfies the "extraordinary and compelling reasons"

standard set forth under § 3582(c)(1)(A)(i), as elaborated by the Sentencing Commission in

U.S.S.G. § 1B1.13.  After considering the applicable factors under 18 U.S.C. § 3553(a), he

respectfully requests that the Court reduce his sentence to time served.

## II.   JURISDICTION

On December 21, 2018, the President signed the First Step Act into law.  Among the

criminal justice reforms, Congress amended 18 U.S.C. § 3582(c)(1)(A)(i) to provide the

sentencing judge with jurisdiction to consider a defense motion for reduction of sentence based on extraordinary and compelling reasons when "the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf," or after the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier[.]" First Step Act of 2018, § 603(b), Pub. L. 115-391, 132 Stat. 5194, 5239 (Dec. 21, 2018).

Mr. Sotelo applied for compassionate release once before, prior to the passage of the First Step Act. He was denied by the BOP on April 5, 2017. Then, after the passage of the First Step Act, Mr. Sotelo sought this Court's review. His initial application to this Court was docketed on January 7, 2019. Following briefing by the parties, this Court entered an Order on January 30, 2019, denying Mr. Sotelo's petition without prejudice to be renewed after he exhausted his administrative remedies within the BOP. *See* Order dated 1/30/19 (Doc. No. 1180).

Mr. Sotelo has now exhausted all administrative right regarding the BOP's failure to bring a compassionate release motion on his behalf. He sought compassionate release through the prison at Federal Medical Center Butner, which resulted in a denial on April 9, 2019, by Acting Assistant Director/General Counsel Ken Hyle. *See* Memorandum of 04/09/19 from Ken Hyle to E.A. Earwin, attached as Exhibit A. A denial by the BOP's General Counsel constitutes a "final administrative decision," 28 C.F.R. § 571.63(d), and satisfies exhaustion because an inmate may not appeal such a denial through the Administrative Remedy Procedure. *Id.*

In light of the above, Mr. Sotelo's motion for a reduced sentence is ripe for consideration by this Court.

## III.   SENTENCE REDUCTION AUTHORITY UNDER 18 U.S.C. § 3582(c)(1)(A)(i)

This Court has discretion to reduce the term of imprisonment imposed in this case based on § 3582(c)(1)(A)(i), which states in relevant part that the Court "may reduce the term of imprisonment .

. . , after considering the factors set forth in [18 U.S.C. §] 3553(a) . . . to the extent they are

applicable, if it finds that . . . extraordinary and compelling reasons warrant such a reduction . . . and

that such a reduction is consistent with applicable policy statements issued by the Sentencing

Commission[.]"  18 U.S.C. §§ 3582(c)(1)(A) and (c)(1)(A)(i).  Congress, pursuant to 28 U.S.C. §

994(t), as authorized by 28 U.S.C. § 994(a)(c)(2), delegated to the Sentencing Commission the

authority to "describe what should be considered extraordinary and compelling reasons for sentence

reduction, including the criteria to be applied and a list of specific examples." 28 U.S.C. § 994(t).  As

relevant here, the examples of "extraordinary and compelling reasons" in U.S.S.G. § 1B1.13 include

a terminal illness, regardless of life expectancy:

> The defendant is suffering from a terminal illness (i.e., a serious and
> advanced illness with an end of life trajectory). A specific prognosis of life
> expectancy (i.e., a probability of death within a specific time period) is not
> required. Examples include metastatic solid-tumor cancer, amyotrophic
> lateral sclerosis (ALS), end-stage organ disease, and advanced dementia.

U.S.S.G. § 1B1.13, comment. n.1(A)(i). The Commission's standard has parallels under the BOP

program statement on compassionate release PS 5050.50, *Compassionate Release/Reduction in*

*Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582 and 4205(g)*, at 4 (Jan. 17, 2019)

(providing compassionate release consideration for inmates with a terminal medical condition and

noting that functional impairment is not required for compassionate release when an inmate's

diagnoses is terminal). The BOP's program statement remains relevant only to the extent that its

criteria are broader than the standards set by the Commission. U.S.S.G. § 1B1.13, comment. n.1(D)

(recognizing that the Director of the BOP can designate additional "extraordinary and compelling

reason other than, or in combination with, the reasons described in" the commentary).

Here, Mr. Sotelo has exhausted the available administrative remedies.  This Court's exercise

of sentencing discretion based on the extraordinary and compelling reasons will depend on Mr.

Sotelo's current medical condition and service of a substantial portion of his sentence.  Should this

3

Court so request, this motion will be supplemented with additional medical records and other information as needed.

## IV.   **FACTUAL AND PROCEDURAL BACKGROUND**

Mr. Sotelo has been in custody since April 22, 2016, in connection with the present offense of conspiracy to distribute one kilogram or more of heroin, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A) and 21 U.S.C. §§ 964, 960(b)(1)(A); two counts of aiding and abetting and causing the distribution of one kilogram or more of heroin, and in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A); and money laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i),  He was sentenced September 6, 2016, to 210 months' imprisonment, followed by five years of supervised release.  Mr. Sotelo has been in custody since his bail was revoked on April 22, 2016. He has served 37 months, approximately seventeen percent of the sentence of imprisonment imposed by this Court.  His projected release date according to the BOP is July 16, 2031.[1]

Mr. Sotelo was diagnosed with Gastrointestinal Stomal Tumor (GIST) in 2010. Mr. Sotelo's cancer has metastasized throughout his liver and abdomen despite multiple lines of chemotherapy, and his disease has been increasingly debilitating through the duration of his incarceration. In the past three years at Butner, Mr. Sotelo has enrolled in numerous classes with a focus on music and Bible studies. Mr. Sotelo learned to play the piano, participated in music therapy, and played piano for inmates in hospice until his illness progressed such that it prevented him from engaging in activities.

Pursuant to the Court's Order, Mr. Sotelo filed a renewed compassionate release request to allow full review by the Bureau of Prisons.  The BOP General Counsel denied the request on

---

[1] In July, this projected release date likely will be moved up. The First Step Act modifies the BOP's calculation of good time credits, and on or about July 19, 2019, inmates will receive an additional 7 days per year of good time credit, retroactive to the start of their sentences (54 days per year, instead of the previous 47 days per year).

April 9, 2019, thereby refusing to file a motion for sentence reduction with this Court. The BOP

recognized that Mr. Sotelo's condition is terminal with a life expectancy of less than six months

and that Mr. Sotelo's condition meets the criteria for a reduction in sentence under § 3(a) of PS

5050.49. *See* Memorandum from General Counsel, at 2. Despite Mr. Sotelo's severely

declining health, the BOP denied his request, providing extremely little reasoning. The rejection

memorandum states curtly that Mr. Sotelo's release would "minimize the severity of the offense

and pose a risk to the community." *Id.* This conclusion was reached despite the fact that Mr.

Sotelo can "ambulate only short distances and uses a wheelchair," and while he can carry about

daily activities, he "requires assistance and will need ever-increasing support as his disease

progresses." *Id.* at 1-2.

At this time, Mr. Sotelo's medical condition has worsened. On information and belief,

Mr. Sotelo's physician, Dr. Carden, stopped Mr. Sotelo's chemotherapy treatment on or about

April 22, 2019, and has recommended hospice care. Dr. Carden informed Mr. Sotelo that his

liver could shut down at any time. Mr. Sotelo now estimates that he spends 80% of his time in

bed due to the pain of the malignancy and relies on a wheelchair to ambulate. On February 26,

2019, Dr. Margaret Hale reported in a "Comprehensive Medical Summary" that Mr. Sotelo's

ability to function independently has greatly decreased, and that he now requires more assistance

with daily activities. *See Comprehensive Medical* Summary, attached as Exhibit B, at 2. As

noted above, Mr. Sotelo's most recent life expectancy projection from the BOP Tumor Board

estimates a life expectancy of less than 6 months. *See Tumor Board Memorandum,* attached as

Exhibit C. Furthermore, while Mr. Sotelo initially had a 5 cm tumor removed, he now has

multiple large liver masses, omental masses, retroperitoneal masses, and duodenal mass. Many

of the large hepatic metastases and mesenteric and omental metastases in his abdomen and pelvis

5

have increased in size over time.  His prognosis has remained poor.  *See BOP Medical Records,* attached as Exhibit D.  At this stage, it does not appear that the BOP medical staff can do anything other than offer palliative care for Mr. Sotelo's intense pain.

As part of the First Step Act that the President of the United States signed on December 21, 2018, Congress removed a major obstacle to judicial review of final sentences permitting courts to determine whether conditions such as terminal illness made a sentence reduction "sufficient, but not greater than necessary" under 18 U.S.C. § 3553(a).  Under the First Step Act, this Court is afforded jurisdiction to make the determination using the § 3553(a) factors of whether Mr. Sotelo's time in prison, in light of his age, terminal illness, and other debilitating conditions is "sufficient, but not greater than necessary" to accomplish the goals of sentencing.

### A. Mr. Sotelo's Terminal Illness Constitutes an Extraordinary and Compelling Reason That Warrants a Sentence Reduction.

Mr. Sotelo meets the threshold requirement of "extraordinary and compelling reasons" because he has a terminal illness.  Under U.S.S.G. § 1B1.13, commentary note 1(A), extraordinary and compelling reasons for a sentence reduction exist when "[t]he defendant is suffering from a terminal illness (*i.e.*, a serious and advanced illness with an end of life trajectory."  As noted above, the BOP agrees Mr. Sotelo satisfies this criteria.  Mr. Sotelo has stage IV gastrointestinal stomal tumor that has metastasized to the abdomen and liver which has progressively gotten worse.

Under the present statutory scheme, the existence of extraordinary and compelling circumstances confers on this Court the authority to consider the relevant 18 U.S.C. § 3553(a) factors and determine whether the circumstances warrant a sentence reduction.

The Court should not give weight to the BOP's compassionate release denial because it is based solely on sentencing–related factors better left to the Court's discretion.  The statutory

responsibility to decide whether a motion to reduce should be granted falls to this Court and not the BOP.  Indeed, decisions about sentencing "[should] not be left to employees of the same Department of Justice that conducts the prosecution."  *Setser v. United States*, 566 U.S. 231, 242, (2012).[2]  Under § 3582(c)(1)(A) and § 1B1.13, it is the Court, not the BOP, that is charged with considering the "extraordinary and compelling reasons," and then evaluating whether the sentencing factors under §3553(a) warrant a reduction in sentence.

The First Step Act's amendment to § 3582(c)(1)(A) reflects the congressional aim to diminish the BOP's control over compassionate release by permitting defendants to file sentence reduction motions directly with the sentencing court.  The BOP's administration of the compassionate release program has long been the subject of criticism. The Department of Justice's Office of the Inspector General has repeatedly found that the program results in needless and expensive incarceration and is administered ineffectively.  Department of Justice, Office of the Inspector General, *The Federal Bureau of Prisons' Compassionate Release Program*, at 11 (April 2013) ("The BOP does not properly manage the compassionate release program, resulting in inmates who may be eligible candidates for release not being considered."); Department of Justice, Office of the Inspector General, *The Impact of an Aging Inmate Population on the Federal Bureau of Prisons*, at 51 (May 2015) ("Although the BOP has revised its compassionate release policy to expand consideration for early release to aging inmates, which could help mitigate the effects of a growing aging inmate population, few aging inmates have been released under it.").  Aside from the expense and inefficiency, the human costs of the BOP's stinting view of compassionate release has been documented by prisoner advocates.

---

[2] "[T]he Bureau is not charged with applying § 3553(a)."  *Setser*, 566 U.S. at 240.

Human Rights Watch & Families Against Mandatory Minimums, *The Answer Is No: Too Little Compassionate Release in US Federal Prisons* (Nov. 2012).

This Court should find, without deference to an administrative agency, that extraordinary and compelling reasons exist to warrant a sentence reduction because he meets the basic threshold requirement of a terminal diagnosis.

### B. With Full Consideration of the § 3553(a) Factors, Mr. Sotelo's Time Served Constitutes a Sentence Sufficient But Not Greater Than Necessary to Accomplish the Goals of Sentencing.

In the time that Mr. Sotelo has already served, he has met many of the original sentencing goals of § 3553(a). In particular, Mr. Sotelo has reflected on his actions and acknowledged the mistakes he made and the harm his involvement in the narcotics trade caused. He also has reflected on what led him to make poor life choices. Sadly, when faced with very little life left to live, his respect for life has been renewed. He has very few desires at this stage, except to live out the remainder of his days surrounded by his loving wife and children, instead of being incarcerated in a facility that is far from his family and home in the metropolitan Chicago area.

A reduction of Mr. Sotelo's sentence would not minimize the seriousness of his offense. At the time of sentencing, Mr. Sotelo was 42 years old. This Court imposed a significant sentence, however, it did not intend to issue a life sentence for Mr. Sotelo's non-violent drug and money laundering crimes. With Mr. Sotelo's medical diagnosis, the BOP's own doctors do not believe he will live to serve even close to the entirety of his sentence. Thus, a sentence reduction under these circumstances does not undermine in any way the severity of the sentence imposed for his crimes.

In April 2019, the BOP denied Mr. Sotelo's request for a reduction in sentence due to his terminal illness based on a concern that granting the reduction would "minimize the severity" of the offense and pose a threat to the community. This assessment, however, completely ignores the impact of Mr. Sotelo's diagnosis on his health and other factors which contribute to reduced recidivism, such as increased age and marital status. Mr. Sotelo does not seek to minimize the seriousness of being involved with a large drug and money laundering operation. However, it should be noted that unlike many defendants that come before this Court, he was not charged with possessing any illegal firearms in connection with these crimes, nor was he accused or convicted of any crime of violence.

It should also be noted that despite already having cancer at the time of sentencing, Mr. Sotelo has made his best efforts to engage in positive programming within the BOP. Indeed, Mr. Sotelo has engaged in the self-study GED program, music theory classes, horticulture, chess, and money smart programs and has earned a number of certificates of completion from the BOP. Additionally, Mr. Sotelo spent his time studying religion and bible courses, earning a baptism certificate from the Iglesia de Cristo ("Church of Christ") in May, 2018. *See BOP Certificates* attached as Exhibit E. His efforts to discover spirituality and to better himself despite his days being numbered should be commended. More importantly, they reflect positively on his prognosis for a peaceful, quiet, law abiding end of life if his sentence is reduced to account for his terminal illness.

Mr. Sotelo's current physical condition renders him wholly unable to engage in any dangerous conduct if released. He barely has the physical capacity to ambulate, let alone recidivate by engaging in drug dealing or other nefarious activities. Given Mr. Sotelo's condition and short life expectancy, the typical sentencing factors of deterrence, incapacitation,

and rehabilitation are essentially irrelevant. Mr. Sotelo's crime was not so serious that he deserves to die in prison rather than with dignity at home close to his family. Mr. Sotelo simply poses no risk to the community. Furthermore, his timely release would not foster disrespect for the law. If anything, a display of compassion from the Court would foster respect for the law by demonstrating that justice can combine with mercy, as Congress clearly intended when the Compassionate Release remedy was expanded as part of the First Step Act.

With these § 3553(a) factors in mind, in addition to the extraordinary and compelling medical reasons present here, a reduction of Mr. Sotelo's sentence to time served equates to a sentence that is sufficient but not greater than necessary to effect Mr. Sotelo's end-of-life medical care. At this stage, Mr. Sotelo is wheel-chair bound, in severe chronic pain, and spends the majority of his time in bed. He poses no safety risk to the public, and continued incarceration of Mr. Sotelo only serves to deter those closest to him, as those he is surrounded by watch his demise after having served the past three years in a federal prison.

## C. The Conditions of Supervised Release Should Be Modified to Accommodate the Reasons for the Sentence Reduction.

As with defendants in recent years who have been released from long sentences through clemency, retroactive guideline amendments, and Supreme Court decisions regarding predicate convictions for enhanced decisions, Mr. Sotelo has a release plan.

If Mr. Sotelo's motion for compassionate release is granted, Mr. Sotelo will live with his wife Camerina Sotelo and his two young children Ilene, 12, and Anthony, 8.[3] Mrs. Sotelo is currently employed by Aberdeen Technologies, Inc., located in Carol Stream, Illinois. She will

---

[3] Mr. Sotelo also has a 20-year-old daughter who lives with her mother, Consuela Correa, and does not live in the family home.

ensure the continuity of his medical care.  Specifically, Mrs. Sotelo plans to enroll Mr. Sotelo in

Access DuPage if she cannot enroll him in Medicaid or on her own health insurance plan.

In anticipation of his worsening condition, Mrs. Sotelo welcomes Mr. Sotelo's

probation officer to revisit and inspect her home as necessary under the conditions of Mr.

Sotelo's supervised release.[4]  Requiring Mr. Sotelo to appear at the probation office for visits

and/or testing as his condition worsens will prove to be problematic to his anticipated weakened

health and decreased ability to ambulate.  Mr. Sotelo, however, has every intention to comply

with the conditions placed upon him, with the hope that those conditions account for his terminal

condition.

Mr. Sotelo has supplemented this Motion with medical and other BOP records he

provided to counsel.  Counsel has also independently requested medical records from FMC

Butner, and will provide additional supplemental materials regarding his terminal medical

condition once they are received, if the Court is inclined to request them.

## V.    **CONCLUSION**

For the foregoing reasons, Mr. Sotelo respectfully requests that this Court grant

reduction in sentence to time served and amend the conditions of supervised release as requested.

ELIZABETH L. TOPLIN
Assistant Chief, Trial Unit

---

[4] In June 2016, an officer of the United States Probation Office assessed Mrs. Sotelo's home and the relevant conditions remain the same.

## CERTIFICATE OF SERVICE

I, Elizabeth L. Toplin, Assistant Chief, Trial Unit, hereby certify that the foregoing was served upon Joseph T. Labrum, III, Assistant United States Attorney, via hand delivery to the United States Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106.

ELIZABETH L. TOPLIN
Assistant Chief, Trial Unit

Date:   June 13, 2019

# Exhibit A

*B*

*Washington, DC 20534*

## APR 0 9 2019

MEMORANDUM FOR E. A. EARWIN, ACTING WARDEN
                FEDERAL MEDICAL CENTER
                BUTNER, NORTH CAROLINA

FROM:        Ken Hyle
             Assistant Director/General Counsel

SUBJECT:     SOTELO, Alejandro
             Federal Register No. 47976-424
             Request for Reduction in Sentence

Please be advised that Mr. Sotelo's request for a reduction in
sentence (RIS) pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and
PS 5050.50, Compassionate Release/Reduction in Sentence:
Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and
4205(g), section 3(a) ("Terminal Medical Condition") is denied.
We have carefully reviewed the documentation accompanying this
request and have consulted with the Medical Director of the BOP.

Section 3(a) of PS 5050.50 provides that RIS consideration may
be given to an inmate who has been diagnosed with a terminal,
incurable disease and whose life expectancy is 18 months or less
or who has a disease or condition with an end-of-life trajectory
under 18 U.S.C. § 3582(d)(1).  In addition, section 7 requires
in all RIS cases consideration of factors such as the nature and
circumstances of the inmate's offense and whether release would
minimize the severity of the offense or pose a danger to the
safety of any other person or to the community.

Mr. Sotelo, age 44, has been diagnosed with stage IV
gastrointestinal stomal tumor with metastasis to the abdomen and
liver, despite multiple lines of chemotherapy.  As a result, he
experiences chronic abdominal pain, which is reduced, but not
relieved, by methadone.  He is able to ambulate only short
distances and uses a wheelchair.  Although he is currently able
to perform the majority of his activities of daily living, he

now requires assistance and will need ever-increasing support as his disease progresses. He also requires additional time to consume his meals due to pain and early satiety. His condition is considered terminal with a poor prognosis and a life expectancy of less than 12 months. Accordingly, he meets the criteria for a RIS under section 3(a).

However, in light of the nature and circumstances of Mr. Sotelo's offense, his release at this time would minimize the severity of his offense and pose a danger to the community. Therefore, although he meets the criteria for a RIS under section 3(a), his RIS request is denied.

Please provide Mr. Sotelo with a copy of this decision.

cc:  Darrin Harmon, Regional Director, Mid-Atlantic Region

2

# Exhibit B

FCC BUTNER (BUX)
FMC BUTNER (BUH)

*Reduction in Sentence / Compassionate Release*
*Comprehensive Medical Summary*
*Page 1 of 2*

| Name: | Sotelo, Alejandro | Date of Birth: | 07/17/1974 | Care Level: | 4 |
|---|---|---|---|---|---|
| Register Number: | 47976-424 | Age: | 44 | MH Care Level: | 1 |

| RIS criteria requested under consideration: | Terminal Medical Condition |
|---|---|

## MEDICAL CONDITION

| PRIMARY DIAGNOSIS | Stage IV GIST (gastrointestinal stromal tumor) |
|---|---|

*Provide diagnostic basis (test results, consultations, and referral reports/opinions):*

Diagnosed 2010. Treated with Gleevec 2010-2015, switched to Sutent when 5/2015 CT showed metastases. 12/2015 PET showed progression: switched to Stivarga. 11/2016 PET: Multiple large liver masses, omental masses, retroperitoneal masses, duodenal mass. 3/2017 CT: enlarging masses. Started on Sorafenib 5/2017; switched to Gemzar for dz. progression on 8/2017 CT. 11/2017 CT: dz. progression, switched to Dasatinib. Now on Everolimus and Imatinib: had mixed response on CT 11/2018.

| CO-MORBID DIAGNOSES | HTN, GERD, abdominal pain, epistaxis, urinary frequency, constipation. |
|---|---|

*Provide diagnostic basis (test results, consultations, and referral reports/opinions):*

His blood pressure has been consistently elevated since September 2018, despite antihypertensives which are being titrated up to control his blood pressure. He has chronic abdominal pain related to his cancer diagnosis. He complains of urinating every few hours during the day and night: UA, post-void residual testing December 2018 were unremarkable. He has chronic constipation, likely related to opioid use for cancer-related pain. He complains of frequent nosebleeds.

---

SIGNIFICANT MEDICAL CONDITION(S) *(permanent, progressive, and **ordinarily related to diseases associated with aging**) that substantially diminish the ability to function in a correctional facility:*

- [ ] Not applicable
- [ ] Atherosclerotic cardiovascular disease
- [ ] Obstructive and restrictive lung diseases
- [ ] Dementias such as Alzheimer, Lewy body dementia (LBD), and frontotemporal dementia
- [ ] Complications of infectious diseases such as HIV dementia or progressive multifocal leukencephalopathy
- [ ] Degenerative neurological diseases (ALS, Parkinson, and Huntington disease, and certain forms of multiple sclerosis)
- [x] Severe chronic pain that persists despite optimal medical management
- [ ] Chronic liver failure with recurring ascites or encephalopathy (with no possibility of transplantation)
- [ ] Chronic renal failure stage 4 or 5 (with no possibility of transplantation)
- [ ] Rheumatologic conditions that have progressed to deformity, (rheumatoid arthritis, gout, and ankylosing spondylitis)
- [ ] Diabetes mellitus (Type 1 or 2), with established retinopathy, nephropathy, or peripheral neuropathy
- [ ] Severe musculoskeletal degeneration, such as end-stage osteoarthritis.
- [x] Other: Persistent elevated blood pressure.

*For indicated condition(s), please provide relevant diagnostic background/basis of diagnosis (test results, consultations, and referral reports/opinions):*

He has chronic, unrelenting abdominal pain that is reduced, but not relieved, by optimal medical management. His pain may be contributing to his hypertension, that is not responding to appropriate medical therapy at this time. He has been referred back to the pain management clinic, and his antihypertensive medication will continue to be adjusted.

Sotelo, Alejandro
47976-424

*Comprehensive Medical Summary*
*Page 2 of 2*

| ASSISTIVE DEVICES/EQUIPMENT | |
|---|---|
| ○ No Assistive Devices Issued<br>◉ Issued the following Assistive Devices: | Wheelchair, wheelchair cushion, hospital bed. |

| INSTRUMENTAL ACTIVITIES OF DAILY LIVING (IADL) / PHYSICAL SELF-MAINTENANCE SCALE (PSMS): | | |
|---|---|---|
| ☑ IADL Assessment dated   02/26/19 | Total score: | 6 |
| ☑ PSMS Assessment dated   02/26/19 | Total score: | 4 |

**LIFE EXPECTANCY / TERMINAL MEDICAL CONDITION:**

◉ The inmate HAS BEEN diagnosed with a terminal medical condition. Life expectancy is [ < 12 ] months.

○ The inmate HAS NOT BEEN diagnosed with a terminal medical condition. The United States Life Tables indicate that the life expectancy for someone with the inmate's demographics is [          ] years

If diagnosed with a terminal medical condition, how was life expectancy determined?
*(Cite Consultant/Specialist documentation or Medical Literature)*

Through expert consultation, and review of labs and scans.

**MEDICAL SUMMARY NARRATIVE:** *(If not noted above, address test results, consultations, and referral reports/opinions):*

Alejandro Sotelo was diagnosed with gastrointestinal stromal tumor (GIST) by biopsy in 2010. His disease has metastasized throughout his abdomen and liver, despite therapy with multiple lines of chemotherapy. His ability to function independently has been significantly reduced as his disease has progressed. He has chronic abdominal pain related to his malignancy, which is reduced, not relieved, only by methadone at this time. He can only walk short distances due to abdominal pain and fatigue, and is confined to a wheelchair most of the day. He receives meals on the unit, as he needs extra time to eat due to pain and early satiety. He is starting to need more assistance with his activities of daily living. At his last oncology appointment in December 2018, the medical oncologist described his prognosis as poor, and wrote that he should have a low threshold for hospice care. In the medical oncologist's opinion, Mr. Sotelo's life expectancy is less than 12 months at this time.

**REDUCTION IN SENTENCE MEDICAL CRITERIA ELIGIBILITY DETERMINATION:**

The attending physician has reviewed the inmate's health record and determined that:

☐ the inmate's medical condition DOES NOT meet the medical criteria for:   Terminal Medical Condition

☑ the inmate HAS been diagnosed with a terminal, incurable disease and whose life expectancy is [ < 12 ] months.

☐ the inmate HAS been diagnosed with one or more incurable, progressive illness(es) and/or has suffered a debilitating injury from which they will not recover.

☐ the inmate IS suffering from chronic or serious medical condition(s) related to the aging process for which conventional treatment promises no substantial improvement to his/her mental or physical condition, and that the deteriorating physical or cognitive limitations substantially diminishes his/her ability to function in a correctional facility.

| RIS CASE REVIEW COMPLETED BY: | SUMMARY REVIEWED AND SUBMITTED BY: |
|---|---|
| Prepared by:<br>*Margaret Hale, PA-C* | Attending Physician's Signature:<br><br>J. A. Hmouz, MD<br>Medical Officer<br>FCC Butner |
| Printed Name:   Margaret Hale, PA-C | Printed Name:<br>DATE:   02/27/2019 |

Exhibit C



UNITED STATES GOVERNMENT
# MEMORANDUM
*Federal Correctional Complex*
*Butner, North Carolina, 27509*

DATE 2/12/2019

Re: Sotelo, Alejandro #47976-424

From: Tumor Board

Physician Team: Linzau/Hale

Oncologist: Carden

Diagnosis: Stage IV Gastrointestinal Stromal Tumor (GIST)

Plan: This patient is a candidate for Reduction in Sentence. His life expectancy is less than 6 months.

Andres Carden
Committee Chair/Designee

# Exhibit D

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: SOTELO, ALEJANDRO | | | | Reg #: 47976-424 |
| Date of Birth: 07/17/1974 | | Sex: M Race: WHITE | | Facility: BUH |
| Encounter Date: 12/10/2018 12:29 | | Provider: Carden, Andres MD | | Unit: A04 |

Physician - Oncology Note encounter performed at Oncology Unit.

**SUBJECTIVE:**

   **COMPLAINT 1        Provider:** Carden, Andres MD

      **Chief Complaint:** Oncology
      **Subjective:** Stage IV GIST on Everolimus and Imatinib.

Dx: 2010 had 5 cm mass on his stomach resected. 2011 CT showed no mets. Adjuvant Gleevec from March 2010- March 2015. March 2015 CT: progression with extensive hepatic and peritoneal metastasis. March 2015 started on Sutent; July 2015 PET scan showed improvement. His sutent dose was adjusted due to toxicity. Dec 2015 PET: dz progression. Jan 2016 3rd line therapy w/ stivarga 160mg; severe hand and foot disease; dose reduced to 120mg. March 2016 PET: stable dz. Nov 2016 PET: Multiple large liver masses, omental masses, retroperitoneal masses, duodenal mass, Dec 2016 Regorafenib decreased to 80 mg. March 2017 CT: enlarging masses w/ other stable lesions. May 2017: switched to Sorafenib 200 mg BID. Aug 2017 CT: dz progression. Aug 2017: started Gemzar. Nov 2017 completed Gemzar. Nov 2017 CT: dz prgrogression. Dec 2017--April 2018: Dasatinib. March 2018 CT: dz progression. April 2018: Everolimus and Imatinib. Nov 2018 CT: mixed response.

Today he c/o weakness and fatigue.

ECOG PS 2

Plan: Continue Everolimus and Imatinib until toxicity or progression. Prognosis remains poor. Low threshold for hospice.

**Pain:**   No

**ROS:**
   **General**
      **Constitutional Symptoms**
         Yes: Easily Tired, Fatigue, Weakness
         No: Anorexia, Fever

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/10/2018 | 12:07 BUX | 98.2 | 36.8 | Oral | Bailey, S. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/10/2018 | 12:07 BUX | 83 | Via Machine | | Bailey, S. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/10/2018 | 12:07 BUX | 18 | Bailey, S. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/10/2018 | 12:07 BUX | 154/90 | Right Arm | Sitting | Adult-regular | Bailey, S. RN |

| Inmate Name: | SOTELO, ALEJANDRO | | Reg #: | 47976-424 |
| Date of Birth: | 07/17/1974 | Sex: M  Race: WHITE | Facility: | BUH |
| Encounter Date: | 12/10/2018 12:29 | Provider: Carden, Andres MD | Unit: | A04 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/10/2018 | 12:07 BUX | 100 | Room Air | Bailey, S. RN |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 12/10/2018 | 12:07 BUX | 67.0 | 170.2 | Bailey, S. RN |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/10/2018 | 12:07 BUX | 140.0 | 63.5 | | Bailey, S. RN |

**Exam:**

**General**

**Appearance**

Yes: Alert and Oriented x 3, Cachectic

No: Appears Well

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

**Abdomen**

**Palpation**

Yes: Soft

No: Tenderness on Palpation

**ASSESSMENT:**

Malignant neoplasm of intrahepatic bile ducts, 155.1 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 1440010-BUX | Everolimus  5 MG Tablet (Afinitor) | 12/10/2018 12:29 | Take one tablet (5 MG) by mouth each day x 120 day(s) |
| | Indication: Malignant neoplasm of intrahepatic bile ducts | | |
| 1440011-BUX | Imatinib Mesylate 400 MG Tab | 12/10/2018 12:29 | Take one tablet (400 MG) by mouth each day x 120 day(s) |
| | Indication: Malignant neoplasm of intrahepatic bile ducts | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | One Time | 03/13/2019 00:00 | Routine |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chemotherapy | 04/02/2019 00:00 | Oncology DR 03 |

| Inmate Name: | SOTELO, ALEJANDRO | | | | Reg #: | 47976-424 |
|---|---|---|---|---|---|---|
| Date of Birth: | 07/17/1974 | Sex: | M  Race:  WHITE | | Facility: | BUH |
| Encounter Date: | 12/10/2018 12:29 | Provider: | Carden, Andres MD | | Unit: | A04 |

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|

**Disposition:**

Discharged to Housing Unit with Convalescence

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/10/2018 | Counseling | Diagnosis | Carden, Andres | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Carden, Andres MD on 12/10/2018 12:33

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SOTELO, ALEJANDRO | | Reg #: | 47976-424 |
| Date of Birth: | 07/17/1974 | Sex: M   Race: WHITE | Facility: | BUH |
| Note Date: | 04/04/2019 08:00 | Provider: Williams, Tiffany PA-C | Unit: | B04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE  1**    **Provider:** Williams, Tiffany PA-C
       adjustments will be made to medication currently prescribed.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 1499945-BUX | Nutri Sup (Ensure Plus)  Liq 237 ml (1.5cal/ml) | 04/04/2019 08:00 | give 2 cans by mouth three times daily ***pill line*** PRN x 90 day(s) Pill Line Only |

             **Indication:** Malignant neoplasm of intrahepatic bile ducts, Abnormal weight loss

**Copay Required:** No         **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Williams, Tiffany PA-C on 04/04/2019 08:01
Requested to be cosigned by Tindel, Martin MD.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SOTELO, ALEJANDRO | | | | Reg #: | 47976-424 |
| Date of Birth: | 07/17/1974 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 04/04/2019 08:00 | Provider: | Williams, Tiffany PA-C | | Facility: | BUH |

Cosigned by Tindel, Martin MD on 04/04/2019 11:46.

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** BUX--BUTNER FCC | **Begin Date:** 04/04/2019 | **End Date:** 04/04/2019 |
| **Inmate:** SOTELO, ALEJANDRO | **Reg #:** 47976-424 | **Quarter:** B04-226L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Benadryl Allergy | Intolerance-other | 06/02/2015 |
| patient states he could not move. | | |

## Active Prescriptions

**amLODIPine 5 MG TAB**
Take one tablet (5 MG) by mouth each morning

| Rx#: 1489864-BUX | Doctor: Linzau, Jean MD | |
|---|---|---|
| Start: 02/26/19 | Exp: 05/27/19    D/C: 04/15/19 | Pharmacy Dispensings: 60 TAB in 58 days |

**Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT**
Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call)

| Rx#: 1473280-BUX | Doctor: Hale, Margaret PA-C | |
|---|---|---|
| Start: 01/02/19 | Exp: 07/01/19    D/C: 04/22/19 | Pharmacy Dispensings: 17 GM in 113 days |

**Citrate Of Magnesia 296 ML Bottle**
Drink the contents of 1 bottle once weekly AS NEEDED for no bowel movement with lactulose "See Mar report for administration/documentation" ***pill line*** ***pill line***

| Rx#: 1473281-BUX | Doctor: Hale, Margaret PA-C | |
|---|---|---|
| Start: 01/02/19 | Exp: 07/01/19 | Pharmacy Dispensings: 0 ML in 113 days |

**Docusate Sodium 100 MG Cap**
Take two capsules (200 MG) by mouth twice daily AS NEEDED for constipation

| Rx#: 1454642-BUX | Doctor: Linzau, Jean MD | |
|---|---|---|
| Start: 10/30/18 | Exp: 04/28/19    D/C: 04/15/19 | Pharmacy Dispensings: 360 CAP in 177 days |

**Everolimus 5 MG Tablet (Afinitor)**
Take one tablet (5 MG) by mouth each day

| Rx#: 1499704-BUX | Doctor: Carden, Andres MD | |
|---|---|---|
| Start: 04/02/19 | Exp: 07/31/19    D/C: 04/22/19 | Pharmacy Dispensings: 28 Tab in 23 days |

**Imatinib Mesylate 400 MG Tab**
Take one tablet (400 MG) by mouth each day

| Rx#: 1499705-BUX | Doctor: Carden, Andres MD | |
|---|---|---|
| Start: 04/02/19 | Exp: 07/31/19    D/C: 04/22/19 | Pharmacy Dispensings: 30 TAB in 23 days |

**Lactulose (473 ML) 10 GM/15 ML Soln**

| Complex: | BUX--BUTNER FCC | Begin Date: 04/04/2019 | End Date: 04/04/2019 |
|----------|-----------------|------------------------|----------------------|
| Inmate: | SOTELO, ALEJANDRO | Reg #:    47976-424 | Quarter:    B04-226L |

## Active Prescriptions

Take 2 Tablespoonfuls (30 ml) by mouth twice daily AS NEEDED for constipation

| Rx#: 1454643-BUX | Doctor: Linzau, Jean MD | | |
|---|---|---|---|
| Start: 10/30/18 | Exp: 04/28/19 | D/C: 04/15/19 | Pharmacy Dispensings: 2852 ml in 177 days |

Lisinopril 20 MG Tab
Take one tablet (20 MG) by mouth each morning ***note increased dose***

| Rx#: 1489865-BUX | Doctor: Linzau, Jean MD | | |
|---|---|---|---|
| Start: 02/26/19 | Exp: 05/27/19 | D/C: 04/15/19 | Pharmacy Dispensings: 60 TAB in 58 days |

Megestrol Acetate Oral Susp 40 MG/ML, 10 ML UD
give 400mg (10mL) by mouth twice daily for appetite ***pill line*** ***pill line***

| Rx#: 1499943-BUX | Doctor: Duchesne, C. MD | |
|---|---|---|
| Start: 04/02/19 | Exp: 07/01/19 | Pharmacy Dispensings: 0 ml in 23 days |

Methadone 10 MG Tab UD
Take one tablet (10 MG) by mouth twice daily 1000 and 2100 for chronic unrelenting pain *Date of last pain assessment: 4/2/19 ***pill line***

| Rx#: 1499944-BUX | Doctor: Duchesne, C. MD | | |
|---|---|---|---|
| Start: 04/02/19 | Exp: 05/02/19 | D/C: 04/15/19 | Pharmacy Dispensings: 0 TAB in 23 days |

Nutri Sup (Ensure Plus) Liq 237 ml (1.5cal/ml)
give 2 cans by mouth three times daily ***pill line*** ***pill line***

| Rx#: 1499945-BUX | Doctor: Duchesne, C. MD | | |
|---|---|---|---|
| Start: 04/02/19 | Exp: 07/01/19 | D/C: 04/04/19 | Pharmacy Dispensings: 0 ml in 23 days |

Nutri Sup (Ensure Plus) Liq 237 ml (1.5cal/ml)
give 2 cans by mouth three times daily ***pill line*** ***pill line***

| Rx#: 1500574-BUX | Doctor: Tindel, Martin MD | |
|---|---|---|
| Start: 04/04/19 | Exp: 07/03/19 | Pharmacy Dispensings: 0 ml in 21 days |

oxyCODONE HCl  5 MG Tab UD
Take three tablets (15 MG) by mouth three times daily AS NEEDED for chronic unrelenting pain 8-10/10 ***pill line*** ***crush/empty*** *Date of last pain assessment: 4/2/19 ***pill line***

| Rx#: 1499946-BUX | Doctor: Duchesne, C. MD | | |
|---|---|---|---|
| Start: 04/02/19 | Exp: 05/02/19 | D/C: 04/15/19 | Pharmacy Dispensings: 0 TAB in 23 days |

oxyCODONE HCl  5 MG Tab UD
Take one tablet (5 MG) by mouth three times a day AS NEEDED for chronic unrelenting pain 1-4/10 ***pill line*** ***crush/empty*** *Date of last pain assessment: 4/2/19 ***pill line***

| Rx#: 1499947-BUX | Doctor: Duchesne, C. MD | | |
|---|---|---|---|
| Start: 04/02/19 | Exp: 05/02/19 | D/C: 04/15/19 | Pharmacy Dispensings: 0 TAB in 23 days |

oxyCODONE HCl  5 MG Tab UD
Take two tablets (10 MG) by mouth three times daily AS NEEDED for chronic unrelenting pain 5-7/10 ***pill line*** ***crush/empty*** *Date of last pain assessment: 4/2/19 ***pill line***

| Complex: BUX--BUTNER FCC | Begin Date: 04/04/2019 | End Date: 04/04/2019 |
|---|---|---|
| Inmate:   SOTELO, ALEJANDRO | Reg #:      47976-424 | Quarter:   B04-226L |

## Active Prescriptions

**Rx#:** 1499948-BUX     **Doctor:** Duchesne, C. MD
**Start:** 04/02/19     **Exp:** 05/02/19     **D/C:** 04/15/19     **Pharmacy Dispensings:** 0 TAB in 23 days

Omeprazole 20 MG Cap
Take one capsule (20 MG) by mouth each day on empty stomach
**Rx#:** 1473282-BUX     **Doctor:** Hale, Margaret PA-C
**Start:** 01/02/19     **Exp:** 07/01/19     **Pharmacy Dispensings:** 120 CAP in 113 days

Oxybutynin 5 MG Tab UD
Take one tablet (5 MG) by mouth at bedtime ***pill line*** ***pill line***
**Rx#:** 1499949-BUX     **Doctor:** Duchesne, C. MD
**Start:** 04/02/19     **Exp:** 09/29/19     **Pharmacy Dispensings:** 30 TAB in 23 days

Polyethylene Glycol 3350 Oral Powder 119 gm
Mix 1 capful (17 grams) in 4-8 ounces of water and drink once daily **non-formulary approved until: 02/27/21
**Rx#:** 1491908-BUX     **Doctor:** Linzau, Jean MD
**Start:** 03/05/19     **Exp:** 09/01/19     **Pharmacy Dispensings:** 238 gm in 51 days

Pregabalin 50 MG Cap UD
Take one capsule (50 MG) by mouth twice daily 1000 & 2100 for chronic unrelenting pain ***pill line*** ***crush/empty***
*Date of last pain assessment: 4/2/19 ***pill line***
**Rx#:** 1499950-BUX     **Doctor:** Duchesne, C. MD
**Start:** 04/02/19     **Exp:** 05/02/19     **D/C:** 04/15/19     **Pharmacy Dispensings:** 0 Cap in 23 days

Senna 8.6 MG Tab
Take two tablets (17.2 MG) by mouth twice daily AS NEEDED for constipation
**Rx#:** 1454648-BUX     **Doctor:** Linzau, Jean MD
**Start:** 10/30/18     **Exp:** 04/28/19     **Pharmacy Dispensings:** 440 TAB in 177 days

Vitamin A & D Ointment 60 GM
Apply a small amount topically to the affected area(s) each day as directed
**Rx#:** 1491644-BUX     **Doctor:** Linzau, Jean MD
**Start:** 03/05/19     **Exp:** 04/04/19     **Pharmacy Dispensings:** 120 GM in 51 days

Vitamin A & D Ointment 60 GM
Apply topically to the affected area(s) twice daily AS NEEDED for dry, pruritic skin **non-formulary approved until: 2/26/21
**Rx#:** 1491909-BUX     **Doctor:** Linzau, Jean MD
**Start:** 03/05/19     **Exp:** 06/03/19     **Pharmacy Dispensings:** 120 GM in 51 days

# Exhibit E

P.001/031

(FAX)6308048809

17:37 Porcayo & Associates

05/28/2019

# Las Escuelas Fuente de Luz

## *otorga este DIPLOMA*

a   ALEJANDRO SOTELO

en reconocimiento por haber terminado satisfactoriamente el curso Bíblico por

correspondencia, *PESCADORES DE HOMBRES,* el día   veintiseis

de   Marzo        del año   2019     en la ciudad de   Los Angeles, Calf.

Director General

Representante

*Venido en pos de mí, y os haré pescadores de hombres. San Mateo 4:19*

SP-SW-C 201506

P.002/031

(FAX)6306048809

17:37 Porcayo & Associates

05/28/2019

# Las Escuelas Fuente de Luz

## *otorga este DIPLOMA*

a  ALEJANDRO  SOTELO

en reconocimiento por haber terminado satisfactoriamente el curso Bíblico por

correspondencia, *LAS DOCTRINAS DE LA SALVACION*, el día  doce

de  Febrero    del año  2019    en la ciudad de  Los Angeles  CA.

Director General

Director de las Escuelas

Representante

*Pero sed hacedores de la palabra, y no tan solamente oidores. . . .*  Santiago 1:22

SP:BBT-C 201301

P.003/031   (FAX)3064889   17:38 Porcayo & Associates   05/28/2019



# Las Escuelas Fuente de Luz
## *otorga este DIPLOMA*

a  ALEJANDRO  SOTELO

en reconocimiento por haber terminado satisfactoriamente el curso Bíblico por

correspondencia, *LA NUEVA VIDA EN CRISTO 3*, el día  once

de  Septiembre  del año  2018    en la ciudad de Los Angeles, Calif

**Director General**                                        Representante

*De modo que si alguno está en Cristo, nueva criatura es. . . . 2 Corintios 5:17*

SP:TMC3-C  201506

P. 004/031

(FAX)630604809

17:39 Porcayo & Associates

05/28/2019



# Las Escuelas Fuente de Luz

## *otorga este DIPLOMA*

a   ALEJANDRO  SOTELO

en reconocimiento por haber terminado satisfactoriamente el curso Bíblico

por correspondencia, *LA VIDA CRISTIANA PRÁCTICA,* el día cuatro

de Diciembre   del año  2018   en la ciudad de Los Angeles, Calif.

Director General
SLM International

Director de las Escuelas
SLM International

Representante

*Lo que has oído de mí ante muchos testigos, esto encarga a hombres fieles que sean idóneos para enseñar también a otros.   2 Timoteo 2:2*

SP:PCL-C  201411



# CERTIFICATE OF PARTICIPATION

AWARDED TO

# Alejandro Sotelo #47976-424

For Successfully Participating in the FMC Annual Treelighting Ceremony

Rehabilitation Services Department

Federal Medical Center, Butner

Awarded this 11th day of December, 2018



S. Pitts, Music Therapist

# CERTIFICATE OF PARTICIPATION

AWARDED TO

## Alejandro Sotelo

For participating in the Strummin & Hummin Arts in Medicine Service Program

at the Federal Medical Center, Butner

Thanks for an outstanding job!

Awarded this 3rd day of April, 2019



S. Pitts, Music Therapist

05/28/2019   17:41 Porcayo & Associates   (FAX)5306048809   P.006/031

P.007/031

(FAX)3308040809

17:42 Porcayo & Associates

05/28/2019



# CERTIFICATE OF PARTICIPATION

### AWARDED TO

# Alejandro Sotelo

For participating in the Strummin & Hummin Arts in Medicine Service Program

at the Federal Medical Center, Butner

Thanks for an outstanding job!

Awarded this 3rd day of April, 2019

S. Pitts, Music Therapist

P.008/031   (FAX)3060408809   17:43 Porcayo & Associates   05/28/2019



# Las Escuelas Fuente de Luz
## *otorga este DIPLOMA*

a ALEJANDRO SOTELO

en reconocimiento por haber terminado satisfactoriamente el curso Bíblico por correspondencia, *LA VIDA DE CRISTO 2,* el día diez

de Julio     del año 2018     en la ciudad de Los Angeles, calif.

Director General

Representante

*Lo que has oído de mí ante muchos testigos, esto encarga a hombres fieles*
*que sean idóneos para enseñar también a otros.*   2 Timoteo 2:2

SP:IMC2-C  201601

P.009/031

(FAX)5306048809

17:44 Porcayo & Associates

05/28/2019

# Las Escuelas Fuente de Luz
## otorga este DIPLOMA

a    Alejandro Sotelo

en reconocimiento por haber terminado satisfactoriamente el curso Bíblico por

correspondencia, *UN PAÍS QUE SE LLAMA EL CIELO,* el día   veintiseis

de   Junio        del año  2018    en la ciudad de  Los Angeles, Calif.

Director General

Representante

*Escudriñad las Escrituras . . . ellas son las que dan testimonio de mí.*   Juan 5:39

SP:TMC1-C  201601



Certificado de Bautismo

El Presente Certifica Que

Alejandro Sotelo

En acción de Fe, ha sido bautizado

y por lo tanto se, le otorga
esta certificado por medio de

Iglesia de Cristo
Organización

Butner, N.C.
Ciudad y Estado

doce del mes de Mayo de 2018
en el día                        año

05/28/2019   17:47 Porcayo & Associates   (FAX)6306048809   P.011/031

# La Escuela Bíblica "Emmaús"

## Certifica que

### ALEJANDRO SOTELO

ha terminado con éxito cinco unidades

de estudios por correspondencia

**DADO EN SAN JUAN, PUERTO RICO**

**FECHA:** 24 de julio de 2018

Lucas 24:27

*Esther Frey*

DIRECTORA ESCUELA POR CORRESPONDENCIA



# FCC Butner
# FMC Education Department

*Awards this certificate to*

# Alejandro Sotelo

*For his hard work and completing*

# Music Theory II

*Presented this 06/13/2017*

T. Farmer, ACE Coordinator

05/28/2019   17:47 Porcayo & Associates   (FAX)6306048809   P.012/031

05/28/2019    17:48 Porcayo & Associates    (FAX)5306048809    P.013/031



# FCC Butner
# FMC Education Department

*Awards this certificate to*

# Alejandro Sotelo

*For his hard work and completing*

# Money Smart

*Presented this 03/21/2017*

T. Farmer, ACE Coordinator



# FCC Butner
# FMC Education Department

*Awards this certificate to*

# Alejandro Sotelo

*For his hard work and completing*

# Music Theory I

*Presented this 03/21/2017*

T. Farmer, ACE Coordinator

05/28/2019   17:49 Porcayo & Associates   (FAX)5306048809   P.014/031

05/28/2019   17:50 Porcayo & Associates   (FAX)5306048809   P.015/031



# FCC Butner
# FMC Education Department

*Awards this certificate to*

## Alejandro Sotelo

*For his hard work and completing*

# Horticulture I

*Presented this 06/13/2017*

T. Farmer, ACE Coordinator



# FCC Butner
# FMC Education Department

*Awards this certificate to*

# Alejandro Sotelo

*For his hard work and completing*

# Beginning Chess

*Presented this 06/13/2017*

T. Farmer, ACE Coordinator

05/28/2019   17:50 Porcayo & Associates   (FAX)6306048809   P.016/031



# Certificate of Achievement

*This certifies that*

Alejandro Sotelo

*completed the Religious Services' Re-Entry non-residential program*

## Art, Science, and Religion (8 hours)

*on this* 8th *day of* May , 2018

P. Hong, Instructor



# Certificate of Achievement

This certifies that

Alejandro Sotelo

completed the Religious Services' Re-Entry non-residential program

## Character that Counts

on this _26th_ day of _December_ , 2017

Bernard Mitchell, Instructor

05/28/2019   17:52 Porcayo & Associates   (FAX)6306048809   P.018/031



# FMC RECREATION DEPARTMENT

## CERTIFICATE

*This is to certify that the below named*

*Individual has completed the beginning Piano class.*

### Sotelo #47976-424

Recreation Specialist, David Yusko

March 18th   2017

P. 0020/0031

(FAX)6306048809

17:55 Porcayo & Associates

05/28/2019



# CERTIFICATE OF PARTICIPATION

AWARDED TO

## Alejandro Sotelo

For Participating in the Annual Treelighting Ceremony

Rehabilitation Services Department

Federal Medical Center, Butner

Awarded this 11th of December, 2017

S. Pitts, Music Therapist



# FCC Butner
# FMC Education Department

*Awards this certificate to*

# Alejandro Sotelo

*For his hard work and completing*

# Music Theory I

*Presented this 10/10/2017*

T. Farmer, ACE Coordinator

05/28/2019    17:56 Porcayo & Associates    (FAX)6306048809    P.021/031

